IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERNEST A. ADKINS, #189166, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:12-CV-1023-WHA |
| | ) |
| SANGEETA DOSHI, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This case is before the court on Recommendation of the Magistrate Judge (Doc. #65) and the Plaintiff's Objection (Doc. #66).

Following an independent evaluation and *de novo* review of the file in this case, the court finds the objection to be without merit and due to be overruled.

The Plaintiff brings an Eighth Amendment claim against Dr. Doshi for deliberate indifference towards his serious medical needs.   The Plaintiff's disagreement with the course of his medical treatment does not establish deliberate indifference.

Accordingly, the objection is OVERRULED, and the court ADOPTS the Recommendation of the Magistrate Judge.

It is hereby ORDERED that Defendant's Motion for Summary Judgment is GRANTED and this case is DISMISSED with prejudice.

Done this 17th day of March, 2016.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNTIED STATE DISTRICT JUDGE